AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| TASHA FINKLEY <br><br> *Plaintiff(s)* <br> v. <br> CITY OF WEST PALM BEACH <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 26-cv-80142-AMC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CITY OF WEST PALM BEACH
C/O KEITH JAMES
401 CLEMATIS STREET
WEST PALM BEACH, FL 33401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  DENISE MUTAMBA
MDM LEGAL, PLLC
7754 OKEECHOBEE BLVD
#4-3068
WEST PALM BEACH, FL 33411

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Feb 10, 2026



Angela E. Noble
Clerk of Court

SUMMONS

s/ K. Pierre
Deputy Clerk
U.S. District Courts